54 So.2d 774

## Ex parte Nellie COOPER.
### 6 Div. 214.

Supreme Court of Alabama.
Nov. 1, 1951.

Roger Rice, Birmingham and Keith & Davis, Bessemer, for petitioner.

Gardner F. Goodwyn, Jr., Montgomery, respondent.

LIVINGSTON, Chief Justice.

Nellie Cooper petitioned this court for writ of mandamus directed to Honorable Gardner F. Goodwyn, Jr., as judge of the circuit court, in equity, Tenth Judicial Circuit of Alabama, Bessemer Division, requiring him to expunge an interlocutory decree entered in the divorce proceeding between petitioner and her husband, Garland Cooper, or to appear and show cause, etc. The said interlocutory decree involves a report of a special master concerning alimony and solicitor's fee *pendente lite*.

Nellie Cooper filed in this court her motion to dismiss the petition for writ of mandamus.

Under the authority of Johnson v. Gerald, 216 Ala. 581, 113 So. 447, 59 A.L.R. 348, the motion is granted and the petition dismissed.

Petition dismissed.

FOSTER, LAWSON and SIMPSON, JJ., concur.

54 So.2d 800

## David H. GOLDFIELD v. BREWBAKER MOTORS, Inc.
### 3 Div. 610.

Supreme Court of Alabama.
Nov. 1, 1951.

Bernard Lobman and H. T. Fitzpatrick, Jr., Montgomery, for petitioner.

Wm. S. Duke, Montgomery, opposed.

STAKELY, Justice.

Petition of David H. Goldfield for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Goldfield v. Brewbaker Motors Inc., 54 So.2d 797.

Writ denied.

LIVINGSTON, C. J., and BROWN and LAWSON, JJ., concur.